SARAH C. H. SCRIPTURE, Appellant, *v.* FANNIE MORRIS, Impleaded, etc.; WILLIAM H. GOOD, Purchaser, Respondent.

*Scripture* v. *Morris,* 38 App. Div. 377, affirmed.
(Argued April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 7, 1899, reversing an order of Special Term directing a purchaser upon a foreclosure sale to complete his purchase.

*Frank G. Wild* for appellant.

*Robert H. Wilson* for respondent.

Order affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not voting.